UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ATLANTIC OCEANIC L L C | CASE NO.  6:23-CV-01002 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| DEEP SEA SOLUTIONS L L C | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Before this Court is a MOTION TO CANCEL LIEN IN LIEU OF SECURITY filed by Plaintiff (Rec. Doc. 26).  This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.[1] Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's MOTION TO CANCEL LIEN IN LIEU OF SECURITY (Rec. Doc. 26) is DENIED.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 17th day of April, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] Noting that both provisions are cited in the report and recommendation and Plaintiff's objection, the Court finds that Plaintiff would not be entitled to cancellation of the lien under either Supplemental Rule E(5)(a) or E(5)(b).